IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | |
|---|---|
| KEITH A. SCHLACHTER, | ) |
| Plaintiff, | ) |
| v. | ) CV 109-095 |
| RONALD STRENGTH, Sheriff, et al., | ) |
| Defendants. | ) |

**ORDER**

After a careful *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Defendants the Richmond County Jail Tower, the Richmond County Jail, the Charles B. Webster Detention Center, and Major William E. Johnson, as well as Plaintiff's retaliation claim, are **DISMISSED** from this action. Furthermore, Plaintiff's injunctive relief, access to the courts, and grievance claims, as well as any claims asserted on behalf of other individuals, are **DISMISSED** for failure to state a claim upon which relief may be granted.

SO ORDERED this 15th day of March, 2010, at Augusta, Georgia.

J. RANDAL HALL
UNITED STATES DISTRICT JUDGE