IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

KEITH A. SCHLACHTER,      )
                          )
        Plaintiff,        )
                          )
    v.                    )        CV 109-095
                          )
RONALD STRENGTH, Sheriff, )
                          )
        Defendant.        )

---

**O R D E R**

---

After a careful, *de novo* review of the file, the Court concurs with the Magistrate

Judge's Report and Recommendation, to which no objections have been filed. Accordingly,

the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of

the Court. Therefore, Defendant's amended motion to dismiss is **GRANTED** (doc. no. 35),

his first motion to dismiss with prejudice is **GRANTED IN PART** (doc. no. 32), this case

is **DISMISSED** without prejudice, and this civil action is **CLOSED**.

SO ORDERED this _15th_ day of December, 2010, at Augusta, Georgia.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA